IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARNETTA GADLING-COLE, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 11-0796 (JBS) |
| v. | |
| WEST CHESTER UNIVERSITY, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court[1] upon the motion of Defendants West Chester University, Eli DeHope, Claire Dente, Janet Bradley, Rick Voss and Michele Belliveau (collectively, "the Commonwealth Defendants") for summary judgment [Docket Item 30]; the Court having considered the submissions of the parties and having heard oral argument; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __28th__ day of **August, 2013** hereby

ORDERED that the Commonwealth Defendants' motion for summary judgment is GRANTED IN PART and DENIED IN PART; and it is

ORDERED that summary judgment is DENIED as to Plaintiff's claim against West Chester University for discrimination in the hiring/promotion process under Title VII; and it is

---

[1] The undersigned is Chief Judge of the U.S. District Court for the District of New Jersey, sitting by designation pursuant to 28 U.S.C. § 292(b).

ORDERED that summary judgment is GRANTED as to Plaintiff's claims against West Chester University for hostile work environment, constructive discharge and retaliation under Title VII and these claims are hereby DISMISSED WITH PREJUDICE; and it is

ORDERED that summary judgment is GRANTED as to Plaintiff's equal protection claim against Defendants Eli DeHope, Claire Dente, Janet Bradley, Rick Voss and Michele Belliveau and this claim is hereby DISMISSED WITH PREJUDICE; and it is further

ORDERED that this case shall be set for trial.

    **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge