UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARNETTA GADLING-COLE,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST CHESTER UNIVERSITY,<br><br>    Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Civil No. 11-796 (JBS)<br><br>**JUDGMENT** |

    This matter was tried to the Court and a Jury on May 19-23, 2014; and

    The Jury having returned its Verdict on May 23, 2014 finding Defendant liable but awarding no compensatory damages; and

    The Court, upon the issue of back pay, having made its findings of fact and conclusions of law upon the record pursuant to Rule 52(a)(1), Fed. R. Civ. P., on May 23, 2014, awarding back pay in the amount of $7,000 in favor of Plaintiff and against Defendant;

    IT IS this **27th** day of **May, 2014** hereby

    ORDERED and ADJUDGED that Judgment be entered in favor of Plaintiff Charnetta Gadling-Cole and against Defendant West

Chester University in the amount of Seven Thousand Dollars ($7,000.00), plus costs for Plaintiff.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge
(sitting by designation,
 28 U.S.C. § 292(b))