IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARNETTA GADLING-COLE, | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| WEST CHESTER UNIVERSITY, | : | |
| et al., | : | |
| | : | |
| Defendants | : | No. 11-0796 |

## STIPULATION FOR WITHDRAWAL OF FILINGS 74, 75, & 76

The parties to this action, by and through their undersigned counsel, as a result of an agreement reached that addresses attorney's fees and costs, hereby stipulate and agree to withdraw the following filings:

1. Plaintiff's Bill of Costs (Document 74)

2. Plaintiff's Motion for Attorney Fees and Costs (Document 75)

3. Defendants Belliveau, Bradley, DeHope, Dente, and Voss's Bill of Costs (Document 76).

Date: June 19, 2014                                Date: June 19, 2014

Respectfully submitted,                            Respectfully submitted,

BY /s/ Jacqueline M. Vigilante                     BY /s/        Kevin Bradford

Jacqueline M. Vigilante, Esq.                      Kevin R. Bradford, Deputy Atty General
The Vigilante Law Firm, P.C                        Office of Attorney General
99 North Main Street                               Commonwealth of Pennsylvania
Mullica Hill, NJ                                   21 South 12th Street, 3rd Floor
Phone: (856) 223-9990                              Philadelphia, PA 19107
Fax:    (856) 494-1400                             Phone: (215) 560-2262
*Counsel for Plaintiff*                            Fax:    (215) 560-1031
                                                   *Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARNETTA GADLING-COLE,     :    CIVIL ACTION

             Plaintiff          :

               v.             :

WEST CHESTER UNIVERSITY,    :
et al.,
                         :

           Defendants      :    No. 11-0796

## CERTIFICATE OF SERVICE

I, Kevin R. Bradford, hereby certify that the Stipulation for Withdrawal of Filings 74, 75, & 76 has been filed electronically on June 19, 2014 and is available for viewing and downloading from the Court's Electronic Case Filing System ("ECF"). The following parties are listed as ECF Filing Users and are therefore automatically served by electronic means:

- Jacqueline M. Vigilante, Esquire

                         By:     s/ Kevin Bradford

                                Kevin R. Bradford

Office of Attorney General          Senior Deputy Attorney General
21 S. 12th Street, 3rd Floor         Attorney I.D. No. 88576
Philadelphia, PA 19107
Phone: (215) 560-2262             Gregory R. Neuhauser
Fax:    (215) 560-1031             Chief, Litigation Section