

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

ORIGINAL FILED WITH CLERK

CHAMBERS OF
**JEROME B. SIMANDLE**
CHIEF JUDGE

June 27, 2014

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
P.O. BOX 2797
CAMDEN, NJ 08101
(856) 757-5167

Jacqueline M. Vigilante, Esq.
THE VIGILANTE LAW FIRM PC
99 N. Main Street
Mullica Hill, NJ 08062

Kevin R. Bradford, Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107

**FILED**

JUN 30 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

    Re:   <u>Gadling-Cole v. West Chester University</u>,
          Civil No. 11-796 (JBS) (E.D. Pa.)

Dear Counsel:

    I am writing to address the status of the above-captioned case. I understand that, pursuant to a stipulation between the parties [Docket Item 77], the parties have agreed to withdraw Plaintiff's bill of costs [Docket Item 74], Plaintiff's motion for attorney's fees and costs [Docket Item 75], and Defendants' bill of costs [Docket Item 76.] Accordingly, I am not aware of anything further to be done upon the docket.

    If I am incorrect, please advise.

                           Very truly yours,

                           */s/ Jerome B. Simandle*
                         JEROME B. SIMANDLE
                         Chief U.S. District Judge
                         By designation, 28 U.S.C.
                         § 292(b)

JBS/jss